### 16675.   BENNETT, superintendent, etc., *v.* SMILEY.

LUKE, J. The writ of error in this case is dismissed for the reason that it appears from the record that no final judgment has been rendered in the case, and no error is assigned upon such a judgment.

*Writ of error dismissed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED NOVEMBER 10, 1925.

Trover; from city court of Ludowici—Ben A. Way, judge pro hac vice. May 13, 1925.

*W. C. Hodges,* for plaintiff in error.

*Edwin A. Cohen,* contra.